

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-74,501-10

### EX PARTE HONORABLE PENNY CLARKSTON, DISTRICT CLERK OF SMITH COUNTY
**Respondent**

### ORDER TO SHOW CAUSE AND TO FILE RESPONSE FROM SMITH COUNTY

*Per curiam.*

# O R D E R

On August 22, 2018, this Court issued an order requiring the Respondent, Smith County District Clerk Penny Clarkston, to inform this Court whether she had received a request for a cost estimate for specific pages of his court records with her office by Relator Edward Charles Tucker within 30 days in response to Relator's application for writ of mandamus. On January 23, 2019, this Court mailed an inquiry to Respondent as to why no response to the August 22, 2018 order had yet been submitted. This Court mailed another inquiry to Respondent on March 8, 2019. To date no response has yet been received from said Honorable Penny Clarkston, in violation of the Court's

Order requiring a response by September 21, 2018.

**NOW, THEREFORE IT IS ORDERED BY THE COURT OF CRIMINAL APPEALS**, that Honorable Penny Clarkston shall file said response and show cause why Respondent should not be held in contempt of this Court for failing to file the response by the date it was due and be punished for failing to do so. Honorable Penny Clarkston is ordered to file, with the Clerk of this Court, Respondent's sworn affidavit and, if necessary, affidavits of other persons, on or before July 5, 2019. The affidavits shall state facts that deny or excuse Respondent's contempt, if there are any such facts. Honorable Penny Clarkston shall also file the response required by the August 22, 2018, order on or before that date, July 5, 2019.

It is further **ORDERED** by this Court that the Clerk of this Court shall issue **NOTICE TO SHOW CAUSE AND TO FILE RESPONSE** commanding Honorable Penny Clarkston to file said response and to show cause, in the manner and within the time specified in this Order, why Respondent should not be held in contempt of this Court for failing to timely file the required response and be punished for Respondent's failure to do so. A copy of this Order shall accompany the Notice.

**IT IS SO  ORDERED  ON THIS 5th day of JUNE, 2019.**


Filed:  June 5, 2019

Do not publish